In re WRIGHT. (Supreme Court, Appellate Division, Second Department. January 24,

1902.) In the matter of the application of Robert Kemp Wright, Jr., for admission to the bar. No opinion. Application granted.